IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN D. MARCHAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-2621-STA-cgc |
| | ) | |
| SMITH & NEPHEW, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge' Report and Recommendation that Defendant Smith & Nephew's motion to dismiss be granted (D.E. # 18) filed on November 14, 2013.  Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due on or before November 29, 2013. Neither party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report.  Defendant's Motion to Dismiss for failure to prosecute is **GRANTED**.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: December 19, 2013.